IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
5:15-CR-301-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SIPRIANO MORELES-ALBEAR | ) | |

This matter comes before the Court on defendant's motion to suppress. [DE 28]. This motion was filed by original defense counsel, who has since been replaced by new counsel as of February 15, 2016. [DE 31, 32]. New counsel's filing deadline has not expired, nor has the new counsel informed the Court of an intent to adopt the existing motion to suppress. [DE 37].

Accordingly, the motion to suppress is presently DENIED WITHOUT PREJUDICE with permission to incorporate the previous motion to suppress by reference if desired. [DE 28].

SO ORDERED, this 18 day of March, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE